# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-1604

———————

Michael Lang,       *
     *

       Appellant,      *    Appeal from the United States
     *    District Court for the

v.      *    Northern District of Iowa.
     *

Russell Rogerson,      *       [UNPUBLISHED]
     *

       Appellee.      *

———————

Submitted:  November 13, 2000
Filed:  November 28, 2000

———————

Before BOWMAN, HEANEY, and BEAM, Circuit Judges.

———————

PER CURIAM.

       Michael Lang appeals the order of the District Court[1] denying Lang's 28 U.S.C. § 2254 petition for a writ of habeas corpus.  He argues, as he did in the District Court, that (1) the state's evidence was constitutionally insufficient to support his conviction under Iowa law for kidnapping, and (2) he was denied the effective assistance of trial and appellate counsel.  Having carefully reviewed the case, we find that the District Court did not err in its determinations and that Lang's claims for habeas relief were

———————

[1]The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.

correctly denied.  We affirm on the basis of the reasoning set forth in the District Court's thorough and well-considered opinion.

AFFIRMED.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.